THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, LLC, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH R. LAY, in his official capacity as Secretary of the North Carolina Department of Revenue, <br><br> Defendant. | No. 2:10-cv-00664-BAT <br><br> WAIVER OF SUMMONS and ACCEPTANCE OF SERVICE |

To:  Steven P. Caplow
     Davis Wright Tremaine, LLP
     Counsel for Plaintiff, Amazon.com, LLC

I, Tiare B. Smiley, am a Special Deputy Attorney General with the North Carolina Department of Justice. On behalf of Defendant Kenneth Lay and pursuant to Rule 4(d), I am authorized to and do waive service of the Summons and Complaint in this action filed by plaintiff Amazon.com, LLC, in the United States District Court for the Western District of Washington at Seattle. I hereby acknowledge acceptance of service as of 20 April 2010.

I understand Defendant Lay will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but waives any objections to process or service.

WAIVER OF SUMMONS - 1
2:10-cv-00664-BAT

N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
(919) 716-6900  Fax (919) 716-6763

I also understand that Defendant Lay must file and serve answer or motion under Rule 12 within 60 days, or by 21 June 2010.

Dated May 7, 2010.

        Kay Linn Miller Hobart
        Special Deputy Attorney General
        N.C. State Bar No. 16746
        khobart@ncdoj.gov

        Tiare B. Smiley
        Special Deputy Attorney General
        N.C. State Bar No. 7719
        tsmiley@ncdoj.gov
        N.C. Department of Justice
        P.O. Box 629
        Raleigh, NC 27602
        Telephone: (919) 716-6900
        Facsimile: (919) 716-6763
        *Attorneys for Defendant*

By: _/s/ Tiare B. Smiley_
      Tiare B. Smiley
      Special Deputy Attorney General
      N.C. State Bar No. 7719
      tsmiley@ncdoj.gov

WAIVER OF SUMMONS - 2
2:10-cv-00664-BAT

N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
(919) 716-6900  Fax (919) 716-6763