THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, LLC,<br><br>                 Plaintiff,<br><br>  v.<br><br>KENNETH R. LAY, in his official capacity as Secretary of the North Carolina Department of Revenue,<br><br>                Defendant. | No. 10-cv-00664-MJP<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE ANSWER<br><br>NOTE ON MOTION CALENDAR: JUNE 16, 2010 |

## STIPULATION

The parties stipulate and agree as follows:

    1.    Defendant, Kenneth R. Lay, accepted service of process in this case and the time to file an answer or other responsive pleading to plaintiff's Complaint is June 21, 2010.

    2.    As a result of counsels' other litigation commitments and responsibilities as well as difficulties in coordinating work schedules of persons with relevant information, the defendant is still in the process of investigating, researching, and preparing the answer or other responsive pleading.

    3.    The intricacies of proceeding in conjunction with local counsel and conforming to the local requirements of the District Court for the Western District of Washington also require additional time.

STIPULATION AND ORDER EXTENDING TIME - 1
10-cv-00664-MJP

4. Defendant has not previously requested an extension of time to file an answer or other responsive pleading in this matter.

5. Defendant's counsel have conferred with plaintiff's counsel who have agreed to stipulate to the requested extension.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the time for filing an answer or other responsive pleading should be extended to July 12, 2010.

DATED this 16th day of June, 2010.

| | |
|---|---|
| **McKAY CHADWELL, PLLC** | **DAVIS WRIGHT TREMAINE LLP** |
| By: */s/ Thomas M. Brennan* <br> Thomas M. Brennan, WSBA No. 30662 <br> 600 University St., Suite 1601 <br> Seattle, WA  98101 <br> Telephone:  (206) 233-2800 <br> Facsimile:  (206) 233-2809 <br> Email: tmb@mckay-chadwell.com | By: */s/ Steven P. Caplow* <br> Steven P. Caplow, WSBA No. 19843 <br> 1201 Third Avenue, Suite 2200 <br> Seattle, WA  98101-3045 <br> Telephone:  (206) 622-3150 <br> Facsimile:  (206) 757-7700 <br> Email:  stevencaplow@dwt.com |
| *Pro Hac Vice*: <br> **ATTORNEY GENERAL ROY COOPER** <br> By: */s/ Kay Linn Miller Hobart* <br> Kay Linn Miller Hobart <br> Special Deputy Attorney General <br> N.C. State Bar No. 16746 <br> khobart@ncdoj.gov <br> Telephone: (919) 716-6550 <br> Fax: (919) 715-3550 <br><br> By: */s/ Tiare B. Smiley* <br> Tiare B. Smiley <br> Special Deputy Attorney General <br> N.C. State Bar No. 7719 <br> tsmiley@ncdoj.gov <br> Telephone:  (919) 716-6900 <br> Facsimile:  (919) 716-6763 <br> N.C. Department of Justice <br> P.O. Box 629 <br> Raleigh, NC  27602 <br> *Attorneys for Defendant* | *Of Counsel Pro Hac Vice*: <br> **DAVIS WRIGHT TREMAINE LLP** <br> Laura R. Handman <br> Robert G. Scott, Jr. <br> Elizabeth J. Soja <br> 1919 Pennsylvania Ave., NW, Suite 200 <br> Washington, DC  20006 <br> Telephone:  (202) 973-4224 <br> Facsimile:  (202) 973-4499 <br> Email:  laurahandman@dwt.com <br>           bobscott@dwt.com <br>           elizabethsoja@dwt.com <br> *Attorneys for Plaintiff* |

STIPULATION AND ORDER EXTENDING TIME - 2
10-cv-00664-MJP

**N.C. Department of Justice**
Post Office Box 629
Raleigh, North Carolina  27602
(919) 716-6900   Fax (919) 716-6763

**ORDER**

Based on the foregoing stipulation of the parties and good cause appearing, therefore it is so ordered that the time for defendant to file an answer or other responsive pleading is hereby extended to July 12, 2010.

IT IS SO ORDERED this 18th day of June, 2010.

_____
Marsha J. Pechman
United States District Judge

STIPULATION AND ORDER EXTENDING TIME - 3
10-cv-00664-MJP

**N.C. Department of Justice**
Post Office Box 629
Raleigh, North Carolina  27602
(919) 716-6900   Fax (919) 716-6763