THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, LLC,<br>　　　Plaintiff,<br><br>　　　　　　v.<br><br>KENNETH R. LAY, in his official capacity as Secretary of the North Carolina Department of Revenue,<br>　　　Defendant. | No. 2:10-cv-00664-MJP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS-INTERVENORS' MOTION TO INTERVENE**<br><br>**NOTE ON MOTION CALENDAR: JULY 9, 2010**<br><br>**Oral Argument Requested** |
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, JANE DOE 6, AND CECIL BOTHWELL,<br>　　　Plaintiffs-Intervenors,<br><br>　　　　　　v.<br><br>KENNETH R. LAY, in his official capacity as Secretary of the North Carolina Department of Revenue, and AMAZON.COM, LLC**,**<br>　　　Defendants in Intervention. | |

[PROPOSED] ORDER GRANTING PLAINTIFFS-INTERVENORS' MOTION TO INTERVENE -- 1
No. 2:10-cv-00664-MJP

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON**
901 Fifth Ave., Suite 630, Seattle, Washington  98164
(206) 624-2184

THIS MATTER has come before the Court on Plaintiffs-Intervenors' Motion to Intervene. The Court has reviewed the papers and pleadings submitted by all the parties, and is thus fully advised.

It IS ORDERED that:

(1) Plaintiffs-Intervenors' Motion to Intervene is GRANTED. Plaintiffs-Intervenors Jane Does 1-6 and Cecil Bothwell shall be given leave to intervene as a matter of right under Fed. R. Civ. P. 24(a).

(2) The Clerk of the Court shall file the Complaint in Intervention, which was attached as an Exhibit to this Motion.

Dated this ___ day of _____, 2010

_____

HONORABLE MARSHA J. PECHMAN
United States District Judge

Presented By:

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
Sarah A. Dunne, WSBA # 34869
901 Fifth Ave, Suite 630
Seattle, Washington 98164
Tel: (206) 624-2184
Fax: (206) 624-2190
Email: dunne@aclu-wa.org

**FOCAL PLLC**
Venkat Balasubramani, WSBA #28269
8426 40th Ave SW
Seattle, WA 98136
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: venkat@focallaw.com

**AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA FOUNDATION**
Katherine Lewis Parker (*pro hac vice* application pending)
Post Office Box 28004
Raleigh, North Carolina 27611

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
**Speech, Privacy and Technology Project**
Aden J. Fine (*pro hac vice* application pending)
Mariko Hirose (*pro hac vice* application pending)

| | |
|---|---|
| Tel:     (919) 834-3466 | 125 Broad Street, 18th Floor |
| Fax:    (866) 511-1344 | New York, NY 10004 |
| Email:  acluncklp@nc.rr.com | Tel:     (212) 549-2500 |
| | Fax:    (212) 549-2651 |
| | Email:  afine@aclu.org |
| | mhirose@aclu.org |

[PROPOSED] ORDER GRANTING PLAINTIFFS-INTERVENORS' MOTION TO INTERVENE -- 3
No. 2:10-cv-00664-MJP

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON**
901 Fifth Ave., Suite 630, Seattle, Washington 98164
(206) 624-2184