THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, LLC,<br>    Plaintiff,<br><br>            v.<br><br>KENNETH R. LAY, in his official capacity as Secretary of the North Carolina Department of Revenue,<br>    Defendant. | No. 2:10-cv-00664-MJP<br><br>**CERTIFICATE OF SERVICE** |
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, JANE DOE 6, AND CECIL BOTHWELL,<br>    Plaintiffs-Intervenors,<br><br>            v.<br><br>KENNETH R. LAY, in his official capacity as Secretary of the North Carolina Department of Revenue, and AMAZON.COM, LLC,<br>    Defendants in Intervention. | |

CERTIFICATE OF SERVICE -- 1
No. 2:10-cv-00664-MJP

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON**
901 Fifth Ave., Suite 630, Seattle, Washington 98164
(206) 624-2184

1 | I hereby certify that on June 23, 2010, I electronically filed the following with the Clerk

2 | of the Court using the CM/ECF system:

3 | ▪ Motion to Intervene

4 | ▪ [Proposed] Order Granting Plaintiffs-Intervenors' Motion to Intervene

6 | The CM/ECF system will send notification of such filing to the following:

Thomas Matthew Brennan
MCKAY CHADWELL
600 UNIVERSITY ST
STE 1601
SEATTLE, WA 98101
206-233-2800
tmb@mckay-chadwell.com

Krista Kay Bush
MCKAY CHADWELL
600 UNIVERSITY ST
STE 1601
SEATTLE, WA 98101
206-233-2800
kkb@mckay-chadwell.com

Steven P Caplow
DAVIS WRIGHT TREMAINE (SEA)
1201 THIRD AVENUE
SUITE 2200
SEATTLE, WA 98101-3045
206-757-8018
(206) 757-7700 (fax)
stevencaplow@dwt.com

Laura R. Handman
DAVIS WRIGHT TREMAINE (DC)
1919 PENNSYLVANIA AVE NW
STE 200
WASHINGTON, DC 20006
202-973-4200
laurahandman@dwt.com

Michael D McKay

CERTIFICATE OF SERVICE -- 2
No. 2:10-cv-00664-MJP

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON**
901 Fifth Ave., Suite 630, Seattle, Washington 98164
(206) 624-2184

1  MCKAY CHADWELL
   600 UNIVERSITY ST
2  STE 1601
   SEATTLE, WA 98101
3  206-233-2800
   FAX 233-2809 (fax)
4  mdm@mckay-chadwell.com

5
   Kay Linn Miller Hobart
6  NORTH CAROLINA DEPARTMENT OF JUSTICE
   P.O. BOX 629
7  RALEIGH, NC 27602
   919-716-6900
8  khobart@ncdoj.gov

9
   Robert G. Scott, Jr.
10 DAVIS WRIGHT TREMAINE (DC)
   1919 PENNSYLVANIA AVE NW
11 STE 200
   WASHINGTON, DC 20006
12 202-973-4200
   bobscott@dwt.com
13
   
14 Tiara B. Smiley
   NORTH CAROLINA DEPARTMENT OF JUSTICE
15 P.O. BOX 629
   RALEIGH, NC 27602
16 919-716-6900
   tsmiley@ncdoj.gov
17
   
18 Elizabeth J. Soja
   DAVIS WRIGHT TREMAINE (DC)
19 1919 PENNSYLVANIA AVE NW
   STE 200
20 WASHINGTON, DC 20006
   202-973-4200
21 elizabethsoja@dwt.com

22

23

24

25

26

27
   CERTIFICATE OF SERVICE -- 3
   No. 2:10-cv-00664-MJP
   
   **AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON**
   901 Fifth Ave., Suite 630, Seattle, Washington  98164
   (206) 624-2184

1 | DATED this 23rd day of June, 2010.

AMERICAN CIVIL LIBERTIES UNION OF
WASHINGTON FOUNDATION

By: /s/ Nina Jenkins
Nina Jenkins
Legal Program Assistant
901 Fifth Ave, Suite 630
Seattle, WA  98164
Tel. (206) 624-2184
njenkins@aclu-wa.org

CERTIFICATE OF SERVICE -- 1
No. 2:10-cv-00664-MJP

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON**
901 Fifth Ave., Suite 630, Seattle, Washington  98164
(206) 624-2184