# United States District Court
# Western District of Washington

| | |
|---|---|
| AMAZON.COM, LLC | Case Number: 2:10-cv-00664-MJP |
| Plaintiff(s) | |
| v. | |
| KENNETH R. LAY, in his official capacity as Secretary of the North Carolina Department of Revenue | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| Defendant(s) | |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, **Katherine Lewis Parker** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

> JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, JANE DOE 6, AND CECIL BOTHWELL, Plaintiffs-Intervenors.

The particular need for my appearance and participation is:

> To act as co-counsel for JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, JANE DOE 6, AND CECIL BOTHWELL, who are intervening in the underlying lawsuit.

I, **Katherine Lewis Parker** understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Jun 23, 2010          Signature of Applicant: s/ Katherine Lewis Parker

| | |
|---|---|
| Pro Hac Vice Attorney Applicant's Name: | Katherine Lewis Parker |
| Law Firm Name: | ACLU of North Carolina Legal Foundation |
| Street Address 1: | P.O. Box 28004 |
| Address Line 2: | |
| City: | Raleigh |
| State: | North Carolina |
| Zip: | 27611 |
| Phone Number w/ Area Code  Example: 999-999-9999 | 919-834-3466 |
| Applicant E-mail Address: | acluncklp@nc.rr.com |
| Secondary E-mail Address: | acluparalegal@nc.rr.com |

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant  Katherine Lewis Parker  is unable to be present upon any date assigned by the court.

Date: Jun 23, 2010

Signature of Local Counsel: s/ Venkat Balasubramani

| | |
|---|---|
| Local Counsel's Name: | Venkat Balasubramani |
| Law Firm Name: | Focal PLLC |
| Street Address 1: | 8426 40th Ave. SW |
| Address Line 2: | |
| City: | Seattle |
| State: | Washington |
| Zip: | 98136 |
| Phone Number w/ Area Code  Example: 999-999-9999 | (206) 529-4827 |



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1.   The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2.   The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11.  Therefore, you are responsible for protecting and securing this password against unauthorized use.

3.   If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court.  Members of the court's systems staff will assess the risk and advise you accordingly.

4    By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision *does* include electronic notice of the entry of an order or judgment.

5.   You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system.  You will continue to need a PACER login, in addition to the court-issued password.  You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6.   By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

| s/Katherine Lewis Parker | Jun 23, 2010 |
|---|---|
| **Signature**  (use an "s/" and type your name) | **Date Signed** |