THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, LLC, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH R. LAY, in his official capacity as Secretary of the North Carolina Department of Revenue, <br><br> Defendant. | No. 10-cv-00664-MJP <br><br> STIPULATION AND ORDER EXTENDING RESPONSE TIME AND RE-NOTING INTERVENORS' MOTIONS <br><br> NOTE ON MOTION CALENDAR: JUNE 30, 2010 |
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, JANE DOE 6, AND CECIL BOTHWELL, <br><br> Plaintiffs-Intervenors <br><br> v. <br><br> KENNETH R. LAY, in his official capacity as Secretary of the North Carolina Department of Revenue, and AMAZON.COM, LLC, <br><br> Defendants in Intervention. | |

STIPULATION EXTENDING RESPONSE TIME
TO INTERVENORS' MOTIONS - 1
10-cv-00664-MJP

**N.C. Department of Justice**
Post Office Box 629
Raleigh, North Carolina  27602
(919) 716-6900   Fax (919) 716-6763

# STIPULATION

The parties stipulate and agree as follows:

1. Plaintiffs-Intervenors Jane Does 1 – 6 and Cecil Bothwell ("Intervenors"), by and through counsel, filed their Motion to Intervene (Dkt. No. 21) on June 23, 2010. Intervenors also filed on June 23, 2010, Intervenors' Motion to File Complaint in Intervention Using Pseudonyms (Dkt. No. 23) and individual Declarations in support thereof (Dkt. Nos. 24-29). These intervention motions were noted on the motions calendar for July 9, 2010.

2. The parties' responses to the intervention motions are currently due July 6, 2010.

3. Pursuant to a Stipulated Order Extending Time to File Answer entered in this case (Dkt. No. 20), the deadline for Defendant to file an answer or otherwise plead is July 12, 2010. Defendant is presently preparing to file a motion to dismiss on jurisdictional grounds which will be noted for August 6, 2010.

4. As a result of other responsibilities and cases in litigation, counsel for Secretary Lay have requested additional time until July 12, 2010, in order to investigate and prepare appropriate responses to the motion to intervene, as well as the motion to file complaint in intervention using pseudonyms.

5. Counsel for all parties have conferred and Intervenors' counsel have agreed to extend the time for response by re-noting the intervention motions to July 23, 2010, in return for Plaintiff and Defendant filing their responses to the motions on July 12, 2010. Plaintiff's counsel do not object to this alteration of the response date and re-noting of the intervention motions.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the time for filing responses to the motions of Intervenors (Dkt. Nos. 21 & 23) should be extended to July 12, 2010, and the intervention motions should be noted for consideration by the Court on July 23, 2010, rather than July 9, 2010.

DATED this the 30th day of June, 2010.

STIPULATION EXTENDING RESPONSE TIME
TO INTERVENORS' MOTIONS - 2
10-cv-00664-MJP

**N.C. Department of Justice**
Post Office Box 629
Raleigh, North Carolina  27602
(919) 716-6900   Fax (919) 716-6763

| | |
|---|---|
| **MCKAY CHADWELL, PLLC** | **DAVIS WRIGHT TREMAINE LLP** |
| By: */s/ Thomas M. Brennan* | By: */s/ Steven P. Caplow* |
| Thomas M. Brennan | Steven P. Caplow |
| WSBA No. 30662 | WSBA #19843 |
| 600 University St., Suite. 1601 | 1201 Third Avenue, Suite 2200 |
| Seattle, WA  98101 | Seattle, WA  98101-3045 |
| Telephone:  (206) 233-2800 | Telephone:  (206) 622-3150 |
| Facsimile:  (206) 233-2809 | Facsimile:  (206) 757-7700 |
| Email:  tmb@mckay-chadwell.com | Email:  stevencaplow@dwt.com |
| | |
| *Pro Hac Vice*: | *Of Counsel Pro Hac Vice*: |
| **ATTORNEY GENERAL ROY COOPER** | **DAVIS WRIGHT TREMAINE LLP** |
| By: */s/ Kay Linn Miller Hobart* | Laura R. Handman |
| Kay Linn Miller Hobart | Robert G. Scott, Jr. |
| Special Deputy Attorney General | Elizabeth J. Soja |
| N.C. State Bar No. 16746 | 1919 Pennsylvania Ave., NW, Suite 200 |
| Telephone: (919) 716-6550 | Washington, DC  20006 |
| Facsimile: (919) 715-3550 | Telephone:  (202) 973-4224 |
| Email:  khobart@ncdoj.gov | Facsimile:  (202) 973-4499 |
| | Email:  laurahandman@dwt.com |
| By: */s/ Tiare B. Smiley* | bobscott@dwt.com |
| Tiare B. Smiley | elizabethsoja@dwt.com |
| Special Deputy Attorney General | |
| N.C. State Bar No. 7719 | *Attorneys for Plaintiff* |
| Telephone: (919) 716-6900 | |
| Facsimile: (919) 716-6763 | |
| Email:  tsmiley@ncdoj.gov | |
| N.C. Department of Justice | |
| P.O. Box 629 | |
| Raleigh, NC  27602 | |

*Attorneys for Defendant*

[*Signatures of counsel continue on next page*]

STIPULATION EXTENDING RESPONSE TIME
TO INTERVENORS' MOTIONS - 3
10-cv-00664-MJP

**N.C. Department of Justice**
Post Office Box 629
Raleigh, North Carolina  27602
(919) 716-6900   Fax (919) 716-6763

By: /s/ Venkat Balasubramani
**FOCAL PLLC**
Venkat Balasubramani, WSBA #28269
8426 40th Ave SW
Seattle, WA 98136
Tel:    (206) 529-4827
Fax:    (206) 260-3966
Email: venkat@focallaw.com

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**
Sarah A. Dunne, WSBA # 34869
901 Fifth Ave, Suite 630
Seattle, Washington  98164
Tel:    (206) 624-2184
Fax:    (206) 624-2190
Email: dunne@aclu-wa.org

*Pro Hac Vice:*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
**Speech, Privacy and Technology Project**
Aden J. Fine
Mariko Hirose
125 Broad Street, 18th Floor
New York, NY 10004
Tel:    (212) 549-2500
Fax:    (212) 549-2651
Email:  afine@aclu.org
        mhirose@aclu.org

*Pro Hac Vice:*
**AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA FOUNDATION**
Katherine Lewis Parker
Post Office Box 28004
Raleigh, North Carolina 27611
Tel:    (919) 834-3466
Fax:    (866) 511-1344
Email:  aclunc klp@nc.rr.com

*Attorneys for Plaintiffs-Intervenors*

STIPULATION EXTENDING RESPONSE TIME
TO INTERVENORS' MOTIONS - 4
10-cv-00664-MJP

**N.C. Department of Justice**
Post Office Box 629
Raleigh, North Carolina  27602
(919) 716-6900   Fax (919) 716-6763

# ORDER

Based on the foregoing stipulation of the parties and good cause appearing, therefore it is so ordered that the time for Plaintiff's and Defendant's responses to the Plaintiffs-Intervenors' Motion to Intervene (Dkt. No. 21) and Motion to File Complaint in Intervention Using Pseudonyms (Dkt. No. 23) is hereby extended to July 12, 2010, and the motions are now noted for consideration on July 23, 2010 rather than July 9, 2010.

IT IS SO ORDERED, this ____ day of June, 2010.

_____
MARSHA J. PECHMAN
United States District Judge

Presented by:

**MCKAY CHADWELL, PLLC**
By: */s/ Thomas M. Brennan*
Thomas M. Brennan
WSBA No. 30662
600 University St., Suite. 1601
Seattle, WA  98101
Telephone:  (206) 233-2800
Facsimile:  (206) 233-2809
Email: tmb@mckay-chadwell.com

*Attorneys for Defendant*

*Pro Hac Vice*:
**ATTORNEY GENERAL ROY COOPER**
By: */s/ Kay Linn Miller Hobart*
Kay Linn Miller Hobart
Special Deputy Attorney General
N.C. State Bar No. 16746
Telephone: (919) 716-6550
Facsimile: (919) 715-3550
Email:  khobart@ncdoj.gov

By: */s/ Tiare B. Smiley*
Tiare B. Smiley
Special Deputy Attorney General
N.C. State Bar No. 7719
Telephone:  (919) 716-6900
Facsimile:  (919) 716-6763
Email:  tsmiley@ncdoj.gov
N.C. Department of Justice
P.O. Box 629
Raleigh, NC  27602

*Attorneys for Defendant*

STIPULATION EXTENDING RESPONSE TIME
TO INTERVENORS' MOTIONS - 5
10-cv-00664-MJP

**N.C. Department of Justice**
Post Office Box 629
Raleigh, North Carolina  27602
(919) 716-6900   Fax (919) 716-6763