THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, LLC,<br><br>              Plaintiff,<br><br>   v.<br><br>KENNETH R. LAY, in his official capacity as Secretary of the North Carolina Department of Revenue,<br><br>             Defendant. | No. 2:10-cv-00664-MJP<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR RULE 26(f) CONFERENCE, INITIAL DISCLOSURES AND JOINT STATUS REPORT**<br><br>NOTE ON MOTION CALENDAR:<br>JULY 7, 2010 |

## STIPULATION

The parties stipulate and agree as follows:

1. Defendant Kenneth R. Lay intends to file a Motion to Dismiss on July 12, 2010, *see* Docket 20, which under the local rules will be noted on the motion calendar for Friday August 6, 2010.

2. Plaintiff Amazon.com LLC ("Amazon") intends to file a Motion for Summary Judgment, which under the local rules will also be noted on the motion calendar for Friday August 6, 2010.

3. Various individuals represented by the American Civil Liberties Union filed a motion to intervene, Docket 21, which is re-noted on the motion calendar for July 23, 2010. Docket 38.

STIPULATION AND ORDER EXTENDING TIME - 1
2:10-cv-00664-MJP

**N.C. Department of Justice**
Post Office Box 629
Raleigh, North Carolina 27602
(919) 716-6900   Fax (919) 716-6763

DWT 14969015v1 0051461-000134

4. The Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Docket 18) establishes the following deadlines:

| Discovery | Deadline | Interval |
|---|---|---|
| Rule 26(f) Conference | July 8, 2010 | +0 days |
| Initial Disclosures | July 15, 2010 | +7 days |
| Joint Status Report | July 22, 2010 | +7 days |

5. As both the defendant and the plaintiff intend to file dispositive motions at the very outset of the case, and applicable discovery, disclosures and scheduling will depend on the Court's ruling on the dispositive motions and the pending motion to intervene, the parties respectfully request the Court to postpone the various discovery deadlines established by Docket 18 until the Court issues its order(s) on the dispositive motions. The parties have also notified movant-intervenors who have no objection.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED subject to the Court's approval that:

(a) The deadline for the Rule 26(f) conference deadline will be 30 days from when the Court issues its order(s) on the dispositive motions noted for motion on August 6, 2010;

(b) Initial Disclosures will be due 7 days after the Rule 26(f) conference; and

(c) The Joint Status report will be due 7 days after the Rule 26(f) conference.

DATED this 7th day of July, 2010.

STIPULATION AND ORDER EXTENDING TIME - 2
2:10-cv-00664-MJP

**N.C. Department of Justice**
Post Office Box 629
Raleigh, North Carolina  27602
(919) 716-6900   Fax (919) 716-6763

DWT 14969015v1 0051461-000134

| | |
|---|---|
| **NORTH CAROLINA ATTORNEY GENERAL ROY COOPER**<br><br>Tiare B. Smiley (*pro hac vice*)<br>Special Deputy Attorney General<br>N.C. State Bar No. 7719<br>Telephone: (919) 716-6900<br>Facsimile: (919) 716-6763<br>tsmiley@ncdoj.gov<br><br>Kay Linn Miller Hobart (*pro hac vice*)<br>Special Deputy Attorney General<br>N.C. State Bar No. 16746<br>Telephone: (919) 716-6550<br>khobart@ncdoj.gov | **McKAY CHADWELL, PLLC**<br><br>By: *s/ Thomas M. Brennan*<br>Michael D. McKay, WSBA # 7040<br>Thomas M. Brennan, WSBA #30662<br>600 University Street, Suite 1601<br>Seattle, WA 98101<br>Telephone: (206) 233-2800<br>Facsimile: (206) 233-2809<br>Email:  mdm@mckay-chadwell.com<br>         tmb@mckay-chadwell.com<br><br><br>*Attorneys for Defendant Kenneth R. Lay* |
| **DAVIS WRIGHT TREMAINE LLP**<br><br>Laura R. Handman (*pro hac vice*)<br>Robert G. Scott, Jr. (*pro hac vice*)<br>Elizabeth J. Soja (*pro hac vice*)<br>1919 Pennsylvania Ave., NW, Suite 200<br>Washington, DC 20006<br>Telephone: (202) 973-4224<br>Facsimile: (202) 973-4499<br>Email: laurahandman@dwt.com<br>       bobscott@dwt.com<br>       elizabethsoja@dwt.com | **DAVIS WRIGHT TREMAINE LLP**<br><br>By: *s/ Steven P. Caplow*<br>Steven P. Caplow, WSBA #19843<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Telephone: (206) 622-3150<br>Facsimile: (206) 757-7700<br>Email:  stevencaplow@dwt.com<br><br><br>*Attorneys for Plaintiff Amazon.com LLC* |

STIPULATION AND ORDER EXTENDING TIME - 3
2:10-cv-00664-MJP

**N.C. Department of Justice**
Post Office Box 629
Raleigh, North Carolina 27602
(919) 716-6900   Fax (919) 716-6763

DWT 14969015v1 0051461-000134

# ORDER

Based on the foregoing stipulation of the parties and good cause appearing, therefore it is so ordered that:

(a) The deadline for the Rule 26(f) conference deadline will be 30 days from when the Court issues its order(s) on the dispositive motions noted for motion on August 6, 2010;

(b) Initial Disclosures will be due 7 days after the Rule 26(f) conference; and

(c) The Joint Status report will be due 7 days after the Rule 26(f) conference.

IT IS SO ORDERED this 9th day of July, 2010.

_____
Marsha J. Pechman
United States District Judge

STIPULATION AND ORDER EXTENDING TIME - 4
2:10-cv-00664-MJP

**N.C. Department of Justice**
Post Office Box 629
Raleigh, North Carolina  27602
(919) 716-6900   Fax (919) 716-6763

DWT 14969015v1 0051461-000134