THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **AMAZON.COM LLC** | ) |
| Plaintiff, | ) No. 10-CV-00664 |
| | ) |
| v. | ) **SECOND DECLARATION OF** |
| | ) **JENNIFER GALBREATH IN** |
| **KENNETH R. LAY**, in his official capacity as | ) **SUPPORT OF PLAINTIFF'S** |
| Secretary of the North Carolina Department of | ) **MOTION FOR SUMMARY** |
| Revenue, | ) **JUDGMENT** |
| | ) |
| Defendant. | ) NOTE ON MOTION CALENDAR: |
| | ) August 6, 2010 |
| | ) |
| | ) |

I, Jennifer Galbreath, declare under the penalty of perjury as follows:

1.      I have previously submitted a declaration in this matter in support of the motion for summary judgment of Plaintiff Amazon.com LLC ("Amazon").  I have personal knowledge of the matters referred to in this declaration, either directly or based on due diligence and reasonable inquiry, including my review of Amazon's business records.  If called as a witness, I am competent to testify to those matters.

2.      Amazon uses an Amazon Standard Identification Number, or "ASIN," to identify each product in its catalog and its systems.  Sales information for each product is stored by ASIN as well.

SECOND DECL. OF JENNIFER GALBREATH— 1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

3.      The ASIN level sales report that Amazon gave to North Carolina's Department of Revenue is the same report format Amazon has provided in other sales tax audits.  To the best of my knowledge, North Carolina is the first state to demand Amazon produce personally identifiable customer information (names and addresses).

4.      Amazon collects sales tax only in Kansas, Kentucky, North Dakota, New York and Washington.  To facilitate the collection and payment of these taxes, starting in 2008, in addition to ASINs, Amazon began to assign  "product taxability codes" ("PTCs") of the sort cited by DOR in its papers, specifically tailored to the particulars of the tax laws in each of these five states.  These codes were developed and assigned to products specifically at the level of detail necessary for the taxability requirements of Kansas, Kentucky, North Dakota, New York and Washington, respectively.  The overwhelming majority of the items sold even in these states are coded with the "general merchandise" PTC because there are no special taxability rules applicable to those items.

5.      Amazon does not assign or maintain PTCs at the level of detail necessary to determine taxability in any state in which Amazon does not collect sales tax, including North Carolina.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

s/ Jennifer Galbreath
Jennifer Galbreath
Senior Tax Manager, Indirect Taxes
Amazon.com, Inc.
Dated: Seattle, Washington
          August 6, 2010

SECOND DECL. OF JENNIFER GALBREATH— 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties listed to receive electronic notice in this case.

DATED this 6th day of August, 2010.

DAVIS WRIGHT TREMAINE LLP

By:   s/  Steven P. Caplow
Steven P. Caplow, WSBA #19843
1201 Third Avenue, Suite 2200
Seattle, Washington  98101-3045
Tel.:        (206) 757-8018
Fax:        (206) 757-7018
E-mail:     stevencaplow@dwt.com

SECOND DECL. OF JENNIFER GALBREATH— 3