# CERTIFICATE OF SERVICE

I hereby certify that on <u>August 6, 2010</u>, I electronically filed the Reply in Support of North Carolina Motion to Dismiss, Third Declaration of H. Alan Woodard with Exhibits 1 through 7, and Certificate of Service using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Elizabeth J. Soja | elizabethsoja@dwt.com |
| Laura R. Handman | laurahandman@dwt.com |
| Robert G, Scott, Jr. | bobscott@dwt.com |
| Steven P. Caplow | stevencaplow@dwt.com |
| Michael D. McKay | mdm@mckay-chadwell.com |
| Thomas M. Brennan | tmb@mckay-chadwell.com |
| Krista K. Bush | kkb@mckay-chadwell.com |
| Tiare B. Smiley | tsmiley@ncdoj.gov |
| Kay Linn Miller Hobart | khobart@ncdoj.gov |
| Venkat Balasubramani | venkat@focallaw.com |
| Sarah A. Dunne | dunn@aclu-wa.org |
| Aden J. Fine | afine@aclu.org |
| Mariko Hirose | mhirose@aclu.org |
| Katherine Lewis Parker | acluncklp@nc.rr.com |

DATED this 6th day of August, 2010.

s/ *Lisa M. Mastro*
Lisa M. Mastro
Legal Assistant
McKay Chadwell, PLLC
600 University Street, Suite 1601
Seattle, WA 98101
Phone: (206) 233-2800
Facsimile: (206) 233-2809
E-mail: lmm@mckay-chadwell.com

CERTIFICATE OF SERVICE
(10-00664 MJP) - 1

**McKay Chadwell,** PLLC
600 University Street, Suite 1601
Seattle, Washington 98101
(206) 233-2800  Fax (206) 233-2809