The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM LLC,<br><br>    Plaintiff,<br><br> v.<br><br>KENNETH R. LAY, in his official capacity as Secretary of the North Carolina Department of Revenue,<br><br>    Defendant. | No. 2:10-cv-00664-MJP<br><br>**AMAZON.COM LLC's NOTICE OF INTENT AND REQUEST TO FILE SURREPLY PURSUANT TO LOCAL RULE 7(g)**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**AUGUST 6, 2010** |

Pursuant to Local Rule 7(g)(1), plaintiff Amazon.com LLC ("Amazon") provides notice of its intent to file its Surreply seeking to strike certain portions of the Reply In Support of North Carolina Motion To Dismiss [Dkt. 53]. To the extent the Court declines to strike DOR's new materials and arguments, Amazon respectfully requests that the Court allow the brief response contained therein. Amazon's Surreply is filed concurrently[1] with this notice and request.

---

[1] Amazon's Surreply is not due until Monday August 16. Plaintiffs filed their reply on August 6. Local Rule 7(g)(2) provides that the accompanying surreply must be filed within five days of the filing of the reply brief. However, under U.S. District Court, Western District Of Washington Electronic Filing Procedures For Civil And

AMAZON'S NOTICE OF INTENT
AND REQUEST TO FILE SURREPLY - 1
(No. 2:10-cv-00664)

DWT 15168854v1 0051461-000134

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

DATED this 13th day of August, 2010.

**DAVIS WRIGHT TREMAINE LLP**

s/ Steven P. Caplow
Steven P. Caplow, WSBA #19843
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel:       (206) 622-3150
Fax:      (206) 757-7700
Email:    stevencaplow@dwt.com

Laura R. Handman (*pro hac vice*)
Robert G. Scott, Jr. (*pro hac vice*)
Elizabeth J. Soja (*pro hac vice*)
1919 Pennsylvania Avenue, NW, Suite 800
Washington, D.C. 20006
Tel: (202) 973-4225
Fax: (202) 973-4499
Email:    laurahandman@dwt.com
             bobscott@dwt.com
             elizabethsoja@dwt.com

*Attorneys for Amazon.com LLC*

---

Criminal Cases (Amended 3/01/10), Section III.E, "[t]he three-day rule of Federal Rule of Civil Procedure 6(d) for service by mail shall also apply to service by electronic means."  As the reply was served by electronic means, the additional three days under Rule 6(d) put the due date for the Surreply on Saturday August 14, which rolls over to Monday August 16 under Federal Rule 6(a)(3).

AMAZON'S NOTICE OF INTENT
AND REQUEST TO FILE SURREPLY - 2
(No. 2:10-cv-00664)
DWT 15168854v1 0051461-000134

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties listed to receive electronic notice in this case.

DATED this 13th day of August, 2010.

                DAVIS WRIGHT TREMAINE LLP

By:   s/ *Steven P. Caplow*
       Steven P. Caplow, WSBA #19843
       1201 Third Avenue, Suite 2200
       Seattle, Washington 98101-3045
       Tel.:   (206) 757-8018
       Fax:   (206) 757-7018
       E-mail:   stevencaplow@dwt.com

AMAZON'S NOTICE OF INTENT
AND REQUEST TO FILE SURREPLY - 3
(No. 2:10-cv-00664)
DWT 15168854v1 0051461-000134

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700