THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>KENNETH R. LAY, in his official capacity as Secretary of the North Carolina Department of Revenue,<br><br>        Defendant.<br>_____<br>JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, JANE DOE 6, AND CECIL BOTHWELL,<br><br>        Plaintiffs-Intervenors,<br><br>   v.<br><br>KENNETH R. LAY, and AMAZON.COM, LLC,<br><br>        Defendants in Intervention. | No. 10-cv-00664-MJP<br><br>**PROPOSED ORDER GRANTING THE NORTH CAROLINA DEPARTMENT OF REVENUE MOTION TO DISMISS COMPLAINT IN INTERVENTION** |

This matter came before the Court on defendant North Carolina Department of Revenue's

ORDER GRANTING NC MOTION TO DISMISS
COMPLAINT IN INTERVENTION - 1
10-cv-00664-MJP

**N.C. Department of Justice**
Post Office Box 629
Raleigh, North Carolina  27602
(919) 716-6900   Fax (919) 716-6763

(NC Revenue) September 2, 2010 Motion to Dismiss Complaint in Intervention.

NC Revenue asks the Court to dismiss the complaint in intervention pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6).

Upon consideration of the motion, the opposition thereto, and the entire record herein, the Court orders as follows:

IT IS ORDERED that NC Revenue's motion to dismiss is granted and the intervenors' claims against NC Revenue are dismissed with prejudice.

DATED this ___ day of September, 2010.

_____
The Honorable Marsha J. Pechman

**Presented by:**

**MCKAY CHADWELL, PLLC**

By: *s/ Thomas M. Brennan*
Thomas M. Brennan, WSBA No. 30662
600 University St., Suite. 1601
Seattle, WA  98101
Telephone:  (206) 233-2800
Facsimile:  (206) 233-2809
Email:  tmb@mckay-chadwell.com

*Pro Hac Vice*:
**ATTORNEY GENERAL ROY COOPER**
By: *s/ Kay Linn Miller Hobart*
Kay Linn Miller Hobart
Special Deputy Attorney General
N.C. State Bar No. 16746
Telephone: (919) 716-6550
Facsimile: (919) 715-3550
Email:  khobart@ncdoj.gov

ORDER GRANTING NC MOTION TO DISMISS
COMPLAINT IN INTERVENTION - 2
10-cv-00664-MJP

**N.C. Department of Justice**
Post Office Box 629
Raleigh, North Carolina  27602
(919) 716-6900   Fax (919) 716-6763

By: *s/ Tiare B. Smiley*
Tiare B. Smiley
Special Deputy Attorney General
N.C. State Bar No. 7719
Telephone: (919) 716-6900
Facsimile: (919) 716-6763
Email: tsmiley@ncdoj.gov
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602

*Attorneys for Defendant*

ORDER GRANTING NC MOTION TO DISMISS
COMPLAINT IN INTERVENTION - 3
10-cv-00664-MJP

**N.C. Department of Justice**
Post Office Box 629
Raleigh, North Carolina 27602
(919) 716-6900   Fax (919) 716-6763