THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH R. LAY,<br><br>    Defendant.<br><br>JANE DOE 1, JANE DOE 2,<br>JANE DOE 3, JANE DOE 4,<br>JANE DOE 5, JANE DOE 6, and<br>CECIL BOTHWELL,<br><br>    Plaintiffs-Intervenors,<br><br>    v.<br><br>KENNETH R. LAY, and<br>AMAZON.COM, LLC,<br><br>    Defendants in Intervention. | No. 10-cv-00664-MJP<br><br>DECLARATION OF<br>JOSEPH A. TETRO IN<br>SUPPORT OF NORTH CAROLINA<br>MOTION TO DISMISS<br>COMPLAINT IN INTERVENTION<br>(Fed. R. Civ. P. 12) |

I, Joseph A. Tetro, do hereby depose and say as follows:

1. I am a resident of Wake County, North Carolina. I have been employed continuously at the North Carolina Department of Revenue for 16 years. My previous

DECLARATION OF TETRO - 1
10-cv-00664-MJP

N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
(919) 716-6900 Fax (919) 716-6763

employment was 30 years with IBM. At IBM I held a number of technical and management positions. My responsibilities early on included mainframe operations support, application programming responsibilities and systems programming. In 1977, I was appointed to my first of several managerial positions which included supporting several major financial applications. My next position was as a mid level manager with a staff of over 50 programmers supporting an operating system, TPF (Transaction Processing Facility). This product is used by major banks (ATMs), airlines (reservations), railroads, for financial and scheduling applications, and product management.

2. On June 1, 1994, I joined the North Carolina Department of Revenue (DOR) as its manager of Computer Operations. This position included, but was not limited to, mainframe support (ITAS), email support (GroupWise), internal (LAN) and external (WAN) network support, and Help Desk. My responsibilities also included the selection and recommendation for purchase of Information Technology (IT) hardware and software. I advanced to an assistant director position when in December 2005, I was formally promoted to Director of Technology Services.

3. As Director of Technology Services, I was requested to verify that the two folders where Amazon data that had been downloaded by the Interstate Section of the Examinations Division to the Department's H drive, located on our disk storage system, SAN (Storage Area Network), were deleted. I was also requested to delete all of this same data that was backed up as part of DOR's backup recovery process. The H drive is an encrypted repository for data used in the business of the Department of Revenue. The H drive data is stored either as "Shared," allowing access to all Department employees, as "Public," normally used for data shared across specific divisions and with access restricted, or as "Private" with more restricted access. Access

DECLARATION OF TETRO - 2
10-cv-00664-MJP

N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
(919) 716-6900  Fax (919) 716-6763

to Private is assigned by the owner of the data and is normally restricted for one division's use. The data in question was stored Private.

4.  I went into the two identified folders on the Private H drive where the Amazon data had been downloaded and verified that the data in fact had been deleted. This verification could be made because in my position I have the administrative rights were required to execute that function. Administrative rights are assigned only to technical systems administrators.

5.  I next deleted the backup copies of the two identified folders of data. DOR uses an IBM product for backup and recovery of data. The product is Tivoli Storage Manager (TSM). TSM is designed to keep a specified number of versions of data backup. The number of versions is determined by business need and a Recovery Point Objective (RPO), *i.e.*, how much data can be lost due to an unscheduled outage. The TSM product executes at an interval determined by the business unit. It could backup hourly or daily. The backups are incremental, which means that only the changed information is added to the existing data, than stored. The request to delete the data in the two identified H drive folders required that we force TSM to delete the data in question by running a succession of backups with dummy data added to each backup cycle for the number of cycles required to assure there were no copies left of previous versions of the Amazon data. Five cycles were run. The two H folders were left with dummy data assuring no Amazon data remained. TSM backs up to tape cartridges. The latest version of the folders in question now has dummy data in the folder, and a corresponding backup of that data on the TSM cartridge.

6.  In short, I have verified that the Amazon data that was downloaded to the Department's H drive has in fact been erased and have taken steps to assure that the backups of that data no longer exist.

DECLARATION OF TETRO - 3
10-cv-00664-MJP

N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
(919) 716-6900 Fax (919) 716-6763

7.   I am filing this Declaration in support of North Carolina's Motion to Dismiss Complaint in Intervention.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, and that the foregoing declaration was executed on August 6, 2010.

By: _____
Joseph A. Tetro, Technology Services Director

DECLARATION OF TETRO - 4
10-cv-00664-MJP

N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
(919) 716-6900  Fax (919) 716-6763