THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, LLC,<br><br>                 Plaintiff,<br><br>v.<br><br>KENNETH R. LAY,<br><br>                 Defendant.<br><br>JANE DOE 1, JANE DOE 2,<br>JANE DOE 3, JANE DOE 4,<br>JANE DOE 5, JANE DOE 6, and<br>CECIL BOTHWELL,<br><br>                 Plaintiffs-Intervenors,<br><br>v.<br><br>KENNETH R. LAY, and<br>AMAZON.COM, LLC,<br><br>                 Defendants in Intervention. | No. 10-cv-00664-MJP<br><br>**DECLARATION OF KENNETH R. LAY IN SUPPORT OF NORTH CAROLINA MOTION TO DISMISS COMPLAINT IN INTERVENTION (Fed. R. Civ. P. 12)** |

I, Kenneth R. Lay, do hereby depose and say as follows:

1. I currently serve as the Secretary of the North Carolina Department of Revenue. I was appointed to this position by Governor Beverly Perdue and took the oath of office on

DECLARATION OF LAY - 1
10-cv-00664-MJP

N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
(919) 716-6900 Fax (919) 716-6763

January 13, 2009. By statute, the Secretary of Revenue is the head of the North Carolina Department of Revenue. The Department of Revenue has the statutory duty to collect and account for the State's tax funds, to insure uniformity in the administration of the tax laws and regulations, to conduct research on revenue matters and to exercise general and specific supervision over the valuation and taxation of property throughout the State.

2. I am providing this Declaration in support of North Carolina's Motion to Dismiss Complaint in Intervention.

3. I am aware of the issue raised by Amazon's inclusion of ASIN data in response to a Department IDR seeking sales data for purposes of determining sales and use tax liabilities for products purchased and shipped to North Carolina residents. I have previously made it known to Amazon, the ACLU and to the public that the Department has no interest in the expressive content of products purchased and shipped to North Carolina residents. The Department, however, does have an obligation to assess and collect the appropriate sales and use taxes owed to the State of North Carolina based on the differential tax rates for items such as food and books.

4. In order to eliminate even the theoretical possibility that Department employees would attempt to link the ASIN numbers provided by Amazon with individual customers, the Department has taken steps to erase the ASIN numbers from its databases. Currently, the only remaining source of the ASIN numbers at the Department is the four original compact disks provided by Amazon containing sales data from August 1, 2003 to February 28, 2010. I have personally taken possession of these disks and will insure they are maintained in a manner that will not allow access to them by any Department employees or others.

DECLARATION OF LAY - 2
10-cv-00664-MJP

N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
(919) 716-6900  Fax (919) 716-6763

5. There is also a three month sample of data that exists in the Department's e-mail system from which ASIN numbers cannot be erased for reasons beyond my control. For this reason, the Department will not seek customer names for the months of August 2003, December 2006 and December 2007.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United Sates that the foregoing is true and correct to the best of my knowledge, and that the foregoing declaration was executed on August 31, 2010.

By: _/s/ Kenneth R. Lay_
Kenneth R. Lay
Secretary of the North Carolina Department of Revenue

DECLARATION OF LAY - 3
10-cv-00664-MJP

N.C. Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
(919) 716-6900   Fax (919) 716-6763