THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, LLC,<br>    Plaintiff,<br><br>            v.<br><br>KENNETH R. LAY, in his official capacity as Secretary of the North Carolina Department of Revenue,<br>    Defendant. | No. 2:10-cv-00664-MJP<br><br>**[PROPOSED] ORDER DENYING MOTION TO DISMISS COMPLAINT IN INTERVENTION**<br><br>**NOTE ON MOTION CALENDAR: SEPTEMBER 24, 2010** |
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, JANE DOE 6, AND CECIL BOTHWELL,<br>    Plaintiffs-Intervenors,<br><br>            v.<br><br>KENNETH R. LAY, in his official capacity as Secretary of the North Carolina Department of Revenue, and AMAZON.COM, LLC,<br>    Defendants in Intervention. | **Oral Argument Requested** |

[PROPOSED] ORDER DENYING
MOTION TO DISMISS
COMPLAINT IN INTERVENTION -- 1
No. 2:10-cv-00664-MJP

AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON
901 Fifth Ave., Suite 630, Seattle, Washington 98164
(206) 624-2184

1   THIS MATTER has come before the Court on Defendant Kenneth R. Lay's Motion to Dismiss Complaint in Intervention.  The Court has reviewed the papers and pleadings submitted by all the parties, and is thus fully advised.

It IS ORDERED that Defendant Kenneth R. Lay's Motion to Dismiss Complaint in Intervention is DENIED.

Dated this ___ day of _____, 2010

_____
HONORABLE MARSHA J. PECHMAN
United States District Judge

[PROPOSED] ORDER DENYING
MOTION TO DISMISS
COMPLAINT IN INTERVENTION -- 2
No. 2:10-cv-00664-MJP

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON**
901 Fifth Ave., Suite 630, Seattle, Washington  98164
(206) 624-2184

Presented By:

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION**<br>Sarah A. Dunne, WSBA # 34869<br>901 Fifth Ave, Suite 630<br>Seattle, Washington  98164<br>Tel:     (206) 624-2184<br>Fax:    (206) 624-2190<br>Email: dunne@aclu-wa.org | **FOCAL PLLC**<br>Venkat Balasubramani, WSBA #28269<br>8426 40th Ave SW<br>Seattle, WA 98136<br>Tel:     (206) 529-4827<br>Fax:    (206) 260-3966<br>Email: venkat@focallaw.com |
| **AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA FOUNDATION**<br>Katherine Lewis Parker (*pro hac vice*)<br>Post Office Box 28004<br>Raleigh, North Carolina 27611<br>Tel:     (919) 834-3466<br>Fax:    (866) 511-1344<br>Email: acluncklp@nc.rr.com | **AMERICAN CIVIL LIBERTIES UNION FOUNDATION**<br>**Speech, Privacy and Technology Project**<br>Aden J. Fine (*pro hac vice*)<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel:     (212) 549-2500<br>Fax:    (212) 549-2651<br>Email:  afine@aclu.org |

[PROPOSED] ORDER DENYING MOTION TO DISMISS COMPLAINT IN INTERVENTION -- 3
No. 2:10-cv-00664-MJP

**AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON**
901 Fifth Ave., Suite 630, Seattle, Washington  98164
(206) 624-2184