The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM LLC,

        Plaintiff,

  v.

DAVID W. HOYLE, in his official capacity as Secretary of the North Carolina Department of Revenue,

        Defendant.

No. 2:10-cv-00664-MJP

**NOTICE OF AMENDMENT OF COMPLAINT WITH DEFENDANT'S CONSENT PURSUANT TO RULE 15(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Amazon.com LLC, hereby amends its Complaint (Dkt. 1) to remove all references to its claim asserted under the Washington State Constitution, article I, Sections 4 and 5.  Specifically, Amazon removes all references to the Washington State Constitution found in its Complaint at: p. 4 ¶ 8; p. 11 (heading for Count I); p. 12 ¶ 46; and p. 14 ¶ 2 (request for relief).

On October 25, 2010, the Court issued an Order on Plaintiff's Motion for Summary Judgment and Defendant Lay's Motion to Dismiss ("Order").  (Dkt. 69.)  The Order granted Amazon's Motion for Summary Judgment (Dkt. 44) on all claims except Amazon's claim for relief under Article I, Sections 4 and 5 of the Washington State Constitution.  (Order at 22.)  Defendant has consented in writing to the amendment of Amazon's Complaint to eliminate

AMAZON'S NOTICE OF AMENDMENT OF COMPLAINT  (No. 2:10-cv-00664) - 1

1 | this unresolved claim.  Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Amazon therefore amends its Complaint as a matter of right to remove its claim under the Washington State Constitution. *See* 6 Charles Alan Wright, Arthur R. Miller & Mary Kay Kane, FEDERAL PRACTICE & PROCEDURE § 1479 (2010) (discussing use of Rule 15(a)(2) to eliminate less than all claims stated in a complaint); *Etheridge v. Harbor House Restaurant*, 861 F.2d 1389, 1392 (9th Cir. 1988) (agreeing with cases holding that Rule 15(a)(2) "is the appropriate mechanism where a plaintiff desires to eliminate an issue, or one or more but less than all of several claims") (internal citation omitted and punctuation altered).

DATED this 26th day of January, 2011.

DAVIS WRIGHT TREMAINE LLP

By: s/ *Steven P. Caplow*
Steven P. Caplow, WSBA #19843
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel:    (206) 622-3150
Fax:    (206) 757-7700
Email:  stevencaplow@dwt.com

Laura R. Handman (*pro hac vice*)
Robert G. Scott, Jr. (*pro hac vice*)
Elizabeth J. Soja (*pro hac vice*)
1919 Pennsylvania Avenue, NW, Suite 800
Washington, D.C. 20006
Tel: (202) 973-4225
Fax: (202) 973-4499
Email:  laurahandman@dwt.com
        bobscott@dwt.com
        elizabethsoja@dwt.com

*Attorneys for Amazon.com LLC*

AMAZON'S NOTICE OF AMENDMENT OF COMPLAINT  (No. 2:10-cv-00664) - 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties listed to receive electronic notice in this case.

DATED this 26th day of January 2011.

DAVIS WRIGHT TREMAINE LLP

By:  s/ *Steven P. Caplow*
    Steven P. Caplow, WSBA #19843
    1201 Third Avenue, Suite 2200
    Seattle, Washington  98101-3045
    Tel.:       (206) 757-8018
    Fax:       (206) 757-7018
    E-mail:   stevencaplow@dwt.com

AMAZON'S NOTICE OF AMENDMENT OF COMPLAINT  (No. 2:10-cv-00664) - 3

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700